

NUMBER 13-11-00187-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**GABRIEL OWOSO AND ARAMIDE OWOSO,**          **APPELLANTS,**

**v.**

**LEAWOOD HOMEOWNERS ASSOCIATION, NAFISA YAQOOB, INDEPENDENT MANAGEMENT INVESTMENT LLC AND SABRINA SIDDIQI,**          **APPELLEES.**

---

On appeal from the County Civil Court at Law No. 2
of Harris County, Texas.

---

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Garza
Memorandum Opinion Per Curiam**

Appellants, Gabriel Owoso and Aramide Owoso, filed an appeal from a judgment

entered by the County Civil Court at Law No. 2 of Harris County, Texas, in cause number

944520. Appellants have filed a motion to withdraw the notice of appeal on grounds that

the judgment in the underlying case was vacated. Appellants request that this Court dismiss the appeal.

The Court, having considered the documents on file and appellants' motion to withdraw the notice of appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellants' motion to withdraw the notice of appeal is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellants. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
16th day of June, 2011.